UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Elaine Carberry   Defendant(s).
------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR- ( )( )

20 MAG 8458

Defendant __Elaine Carberry__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

__s/Elaine Carberry/ATM__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Elaine Carberry__
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

__ANTHONY CECUTTI__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__Aug 13, 2020__
Date

__[signature] USMJ__
U.S. District Judge/U.S. Magistrate Judge