```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:20-mj-08458-002 (UA)
     -against-                       :   ORDER
                                     :
Elaine Carberry                      :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition of a curfew between 11pm-6am.

    Dated: New York, New York
          September 24, 2020

                                      SO ORDERED:

                                      _____
                                      Sarah Netburn
                                      United States Magistrate Judge